WK:JOE
F.# 2022R00309

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JOHN LHOTA,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D  O R D E R

CR 22- (RLM)

      Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney John O. Enright, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

      WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
          April 14, 2022

*Roanne L. Mann*
_____
HONORABLE ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK