UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                        22-MJ-408 (RLM)

JOHN LHOTA,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney John O. Enright from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

>  Assistant U.S. Attorney John O. Enright
>  United States Attorney's Office (Criminal Division)
>  271-A Cadman Plaza East
>  Brooklyn, New York 11201
>  Tel:  (718) 254-6203
>  Email: John. Enright@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney John O. Enright at the email address set forth above.

Dated:   Brooklyn, New York
        April 14, 2022

                                      Respectfully submitted,

                                      BREON PEACE
                                      United States Attorney

                          By:    /s/ John O. Enright
                                      John O. Enright
                                      Assistant U.S. Attorney

cc:     Clerk of the Court (RLM)